UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MAGNIFI FINANCIAL CREDIT UNION,

    Plaintiff,

v.

MATTHEW CHARLES PACZKOWSKI,

    Defendant.

Case No. 25-CV-0708 (PJS/DJF)

ORDER

---

This matter is before the Court on defendant Matthew Charles Paczkowski's objection to the February 28, 2025, Report and Recommendation ("R&R") of Magistrate Judge Dulce J. Foster.  Judge Foster recommends remanding the case to state court because the federal court lacks subject matter jurisdiction.  The Court has conducted de novo review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Based on that review, the Court adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court ADOPTS the R&R [ECF No. 7].  Accordingly, IT IS HEREBY ORDERED THAT:

    1.    Pursuant to 28 U.S.C. § 1447(c), this matter is REMANDED to the Minnesota District Court, Third Judicial District.

2. Defendant's motion to strike plaintiff's affidavit in support of plaintiff's motion for summary judgment and to deny plaintiff's motion for summary judgment [ECF No. 8] is DENIED AS MOOT.

3. Defendant's motion to stay state court proceedings [ECF No. 22] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 12, 2025

_____
Patrick J. Schiltz, Chief Judge
United States District Court